IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

\* \* \*

| | | |
|---|---|---|
| MAURICE VAN BUREN, | ) | |
| Plaintiff(s), | ) | 2:08-CV-1393-RLH (VPC) |
| vs. | ) | **O R D E R** |
| SARA JOHNSON, *et al.*, | ) | |
| Defendant(s). | ) | |

      Before this Court is the Report and Recommendation of United States Magistrate Judge (#12, entered July 29, 2009), entered by the Honorable Valerie P. Cooke regarding Plaintiff's request to proceed *in forma pauperis* and the Court's required screening of the Complaint. No objection was filed to Magistrate Judge Cooke's Report and Recommendation of United States Magistrate Judge in accordance with Local Rule 72-304(b) of the Rules of Practice of the United States District Court for the Eastern District of California, and the matter was submitted for consideration.

      The court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule 72-304(b) and determines that the Report and Recommendation of Magistrate Judge Cooke should be accepted and adopted.

/ / / /

/ / / /

1

1  IT IS THEREFORE ORDERED that Magistrate Judge's Report and Recommendation (#12, entered July 29, 2009) is ACCEPTED and ADOPTED, Plaintiff is approved to proceed *in forma pauperis*, and the Complaint is dismissed without prejudice and with leave to amend.

Dated: November 24, 2009.

_____
**ROGER L. HUNT**
**Chief U.S. District Judge**